# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIE CHARLES, Plaintiff, | Civil Action No. 17-706 (SRC) |
| v. | ORDER |
| CARE ONE LLC, et al., Defendants. | |

### CHESLER, District Judge

This matter having come before this Court on the May 29, 2019 Report and Recommendation ("R&R") issued by Magistrate Judge Waldor [ECF No. 29]; and the Court having reviewed the R&R; and no objections to the R&R having been filed; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 17th day of July, 2019,

**ORDERED** that Magistrate Judge Waldor's May 29, 2019 R&R [ECF No. 29] is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's Complaint be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge